IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| ECHOSTAR TECHNOLOGIES CORPORATION, <br><br> Plaintiff, <br><br> - against - <br><br> ALBERTO DAVID, <br><br> Defendant. | CORPORATE DISCLOSURE STATEMENT <br><br> Civil No. |

04 10129 REK

The undersigned counsel of record for plaintiff, **ECHOSTAR TECHNOLOGIES CORPORATION**, a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held:

Echostar Communications Corporation is the parent of Echostar Technologies Corporation

Dated: January 14, 2004
Ellenville, New York

ECHOSTAR TECHNOLOGIES CORPORATION,

BY: _____
WAYNE D. LONSTEIN
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our File No. ECT-4MA-01*