AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__
BOSTON DIVISION

ECHOSTAR TECHNOLOGIES CORPORATION

V.

ALBERTO DAVID

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 10129 REK**

TO: (Name and address of defendant)

ALBERTO DAVID  Individually
11 Tilton Terrace  Apt. 1F
Lynn  MA 01902
Our File No. ECT-4MA-01

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE  P.C.
1 Terrace Hill
P.O. Box 351
Ellenville  NY 12428
(845) 647-8500

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

JAN 21 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 2-6-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Melvin Lark | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Went to 11 Tilton Terrace Apt 1F to serve Alberto David No one Home Left copies mail last usual

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-6-03
           Date

Signature of Server

313 Essex St Lynn MA 01902
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.