IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

_____

ECHOSTAR TECHNOLOGIES
CORPORATION

                Plaintiff,

  - against -

ALBERTO DAVID,

                Defendants.
_____

NOTICE OF ENTRY OF DEFAULT

**Civil No.** CV-04-10129 REK

    I, TONY ANASTAS, Clerk of the United States District Court for the District of Massachusetts, Boston Division, do hereby certify that the docket entries in the above entitled action indicates that the defendants, **Alberto David**, were served with a copy of the complaint and summons on February 6, 2004.

    I further certify that the docket entries indicate that

**ALBERTO DAVID**

have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated: _____, Massachusetts

_____ 2004

                                          TONY ANASTAS
                                              Clerk

                                        By:_____
                                           Deputy Clerk