IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

_____

ECHOSTAR TECHNOLOGIES
CORPORATION

               Plaintiff,

- against -

ALBERTO DAVID,

               Defendants.

_____

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR ENTRY OF
DEFAULT**

**Civil No.**  CV-04-10129 REK

STATE OF NEW YORK  :
                          : SS.:
COUNTY OF ULSTER  :

      WAYNE D. LONSTEIN, being duly sworn, deposes and says:

      1. That I am the attorney for plaintiff, **ECHOSTAR TECHNOLOGIES CORPORATION,** in the above referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

      2. This action was commenced pursuant to 47 U.S.C. 605, <u>**et seq.**</u>.  A copy of the summons and complaint was served on defendant, **ALBERTO DAVID**, as set forth in the proof of service by Melvin Lark, which was filed with the Court on February 24, 2004,  a copy of which is  annexed hereto as **Exhibit "A".**

      3. The time within which the defendant(s) may answer or otherwise move with respect to the complaint herein has expired.  Defendants

      **ALBERTO DAVID**

have not answered or otherwise moved with respect to the complaint; and the time for the defendant(s) to do so has not been extended.

4. Said defendant(s) are not infants or incompetents.  Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, plaintiff **ECHOSTAR TECHNOLOGIES CORPORATION,** requests that the default of the defendant(s)

**ALBERTO DAVID**

be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: April 6, 2004
       Ellenville, NY 12428

/s/ Wayne D. Lonstein
Wayne D. Lonstein
Bar Roll No. 629060

Sworn to before me this 6th
day of April, 2004


/s/   April Draganchuk
    *April Draganchuk*
*Notary Public State of New York*
*Registration  No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2007*