IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

_____

ECHOSTAR TECHNOLOGIES
CORPORATION

                Plaintiff,

- against -

ALBERTO DAVID,

                Defendants.

_____

**REQUEST FOR ENTRY OF DEFAULT**
**Civil No.** CV-04-10129 REK

TO:    TONY ANASTAS, CLERK
         UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS
         BOSTON DIVISION

Please enter default of the following defendants:

    **ALBERTO DAVID**

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Wayne D. Lonstein, Esq.

Dated: Ellenville, New York
         April 6, 2004

                                            LONSTEIN LAW OFFICE, P.C.

                                            By:/s/ Wayne D. Lonstein
                                                  Wayne D. Lonstein
                                                  Bar Roll No. 629060