IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION
_____

ECHOSTAR TECHNOLOGIES
CORPORATION

                Plaintiff,                    **CERTIFICATE OF SERVICE**

   - against -                         **Civil No.** CV-04-10129 REK

ALBERTO DAVID,

                Defendants.
_____

The undersigned certifies that on the 7th of April, 2004, your deponent served the following documents by certified mail  mail:

1.    Certificate of Service
2.    Request for Default
3.    Affidavit in Support of Request for Default
4.    Notice of Entry of Default

on the following:

Alberto David
11 Tilton Terrace, Apt. 1F
Lynn, MA   01902
**Certified No.   7003 1010 0003 1810 7620**

                                                      /s/ Wayne D. Lonstein
                                                      Wayne D. Lonstein, Esq.
                                                       Attorney for Plaintiff
                                                       Bar Roll No. 629060
                                                       1 Terrace Hill; P.O. Box 351
                                                        Ellenville, NY   12428
                                                        Telephone: 845-647-8500
                                                        Facsimile:  845-647-6277