**Exhibit B**

# Invoice

SIGNAL AUDITING, INC

1 TERRACE HILL
PO BOX 466
ELLENVILLE, NY 12428

| Date | Invoice # |
|------|-----------|
| 2/24/2004 | 1246 |

**Bill To**

LONSTEIN LAW OFFICE, PC
WAYNE D LONSTEIN
1 TERRACE HILL
PO BOX 351
ELLENVILLE NY 12428

| Description | Amount |
|-------------|--------|
| INDIVIDUAL SERVICE<br>ECT v Alberto David<br>YOUR FILE # ECT-4MA-01<br>CIVIL # 04-10129 | 90.00 |

**Total** $90.00