Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

---

**ECHOSTAR TECHNOLOGIES**
**CORPORATION**

                 Plaintiff,

     - against -

ALBERTO DAVID,

               Defendants.

---

**PLAINTIFF'S AFFIDAVIT**
**IN SUPPORT OF MOTION**
**FOR DEFAULT**
**JUDGMENT**
**Civil No.** CV-04-10129 REK

STATE OF COLORADO       )
                            ) ss.:
COUNTY OF  DENVER     )

     STANLEY F. MCGINNIS, being duly sworn, deposes and states the following:

1.     I am President of SECURE SIGNALS INTERNATIONAL (hereinafter referred to as "SSI"), which provides consulting and signal security services to Plaintiff, **ECHOSTAR TECHNOLOGIES CORPORATION,** and, as such, am fully familiar with the facts, circumstances and proceedings heretofore had herein.

2.     I make this Affidavit in support of Plaintiff's request to recover significant statutory damages, including attorneys fees, investigative costs, and interest in the within request for judgment by default.

3.     As part of an ongoing effort to combat the unlawful interception "theft" of satellite television service provided by Plaintiff, SSI, was engaged to provide consulting and security services aimed at identifying, prosecuting and combating theft of Plaintiff's services and signal.

4.     As part of its efforts, SSI, along with plaintiff, works in conjunction with federal, state and local authorities, as well as internal security officers of Plaintiff, in order to identify manufacturers, distributors and end users of illegal devices which are designed to defeat signal security measures.

5.     Plaintiff's programming is delivered via satellite, which is in a geosynchronous orbit of the earth at

approximately 22,000 miles above the equator. These satellites receive programming from earth based uplink centers and then reflect the signals back down to subscribers throughout the United States.

6.     Once a customer's satellite reception dish receives the signal from the satellites, an integrated receiver decoder (IRD) decodes the signal, and in conjunction with an access card, allows the customer to receive programming in accordance with his subscription level.

7.     The access cards are a security measure which, through technological means, only allows a customer to receive programming in accordance with his subscription level, as well as allowing the customer to purchase pay-per-view programming instantly.

8.     Subscription levels vary in content and price, starting with minimal services at a low monthly price and going all of the way up to a programming package which includes all premium services, such as HBO, Showtime, Cinemax, Starz, Encore and other similar programing for a higher monthly fee.

9.     Almost simultaneously with the advent of Directv, unscrupulous individuals and entities commenced the design, manufacture and sale of devices designed to circumvent and evade all of Plaintiff's security measures with the intended result of allowing anyone to receive the entirety of its programming for free. This activity mimics the history of the cable television industry which has been, and continues to be, ravaged by the proliferation of "black box" devices which are also designed to defeat security measures.

10.     In terms of satellite television, some of the devices used to illegally pirate Plaintiff's signals are called " T5 Loaders, Bootloaders, Unloopers & Emulators" (Collectively "Pirate Devices."), each of which can modify the above referenced access cards allowing the user to receive Plaintiff's programming without payment.

11.     In addition to the access cards and IRD, Plaintiff employs other security measures in order to combat signal piracy. One such measure is called an electronic countermeasure ("ECM"), which is, basically, an addition to Plaintiff's encrypted signal the ECM identifies illegally modified access cards, automatically rewriting the card's programming and shutting down the IRD.

12.     The above referenced Bootloaders are actually designed to defeat the ECM's introduced by Plaintiff in furtherance of the ultimate objective of signal pirates, which is to steal programming.

13.    All of the above activities go on in the mistaken belief that signal theft is a victimless offense, when, in actuality, the cost of programming that can be illegally accessed by the use of pirate devices exceeds $1,300,000.00 per year, per pirate.

14.    Cumulatively, losses sustained by Plaintiff and, consequently legitimate customers, by signal piracy reaches into billions of dollars annually.

15.    The prevalence of sources for pirate devices has expanded exponentially with the growth of internet. Annexed to hereto as **exhibit "A"** are copies of web-site advertisements which clearly demonstrate that the sole purpose of these devices is unlawful interception and reception of Plaintiff's programming.

16.    I cannot stress strongly enough that signal piracy is, in fact, an offense with many victims, which is one of the most important reasons for the imposition of significant damages. In addition to acting as a penalty against the pirate, significant damages will also act as a deterrent against similar future acts of piracy.

17.    Finally, contrary to common belief,  "T5 Loaders, Bootloaders, Unloopers & Emulators," and similar devices, have no legitimate purpose. This misconception comes from internet chat-rooms specifically dedicated to the furtherance of signal piracy as a "hobby". These web sites provide legal defense strategies, and excuses for possessing devices, as well as a myriad of piracy related information. Annexed hereto as **exhibit "B"** are copies of chat-rooms discussions.

18.    The mere possession of pirate devices such as those acquired by Defendant in the instant matter, demonstrates that the actions taken were both wilful and intentional. Any argument to the contrary is not logically based on either law or fact.

    WHEREFORE, your deponent respectfully requests that this Court find Defendant in default and grant Plaintiff's request for significant statutory damages for Defendant's wilful violation.

                                    /s/ Stanley F. McGinnis
                                    STANLEY F. MCGINNIS

Sworn to before me on this 1st day
of May, 2004.
/s/ Julie Cohen Lonstein
        Julie Cohen Lonstein
        Notary Public State of New York
        Registration No. 4983221
        Residing in Ulster County
        Commission expires June 24, 2007

Exhibit A



essentials
where real is imagined

100% SATISFACTION

**DirectTv**
- Hu card
- P4 card
- Absolute
- T911 Loader
- Mikobu III
- Tech CD
- Hu Emulation
- Combo Deals
- Platinum Scripts

**DishNetwork**
- Atmega 128
- Guardian2
- Rom 10 Card
- Quad Jtag
- Tsop Lock
- Dual Iso
- Tech CD
- Rom Scripts
- Combo Deals

- Contact Us
- Tech Support
- Warranties

- Shipping
- Faqs
- Vote for US

## Guardian II / THE WHITE KNIGHT

'Guardian II'

### Description

The Guardian II / WHITE KNIGHT is a stand alone encrypted access card. It is a full Rom 3 emulation. I replaces all Rom2 - Rom11 dishcards. Works with all dishnetwork receivers, turns on all channels guarant supports all types of key changes and card updates, will need an Iso programmer and quad mode jtag to program this card and read your box keys from your receiver. Check out the COMBOS PAGE for packages/combos that include this product.
Save $$$ when buying combos!

**Price: $149**

BUY NOW

📖 **Click here to to view the Guardian II ULTIMATE COMBO PACK a save now!$!$**

ORDER NOW!
514.886.1852

Full Version Tech Call
Get set up in seconds!

LIVE HELP
Unavailable
Powered by LivePerson



**DirectTv**

- ◆Hu card
- ◆P4 card
- ◆Absolute
- ◆T911 Loader
- ◆Mikobu III
- ◆Tech CD
- ◆Hu Emulation
- ◆Combo Deals
- ◆Platinum Scripts

**DishNetwork**

- ◆Atmega 128
- ◆Guardian2
- ◆Rom 10 Card
- ◆Quad Jtag
- ◆Tsop Lock
- ◆Dual Iso
- ◆Tech CD
- ◆Rom Scripts
- ◆Combo Deals

▶Contact Us
▶Tech Support
▶Warranties

▶Shipping
▶Faqs
▶Vote for US

ORDER NOW!
514.886.1852

**Privately** written and distributed **PLATINUM SCRIPTS** for Hu card programming. Our private scripts tend to last longer because they are made fi the same **PLATINUM SCRIPTS** Direct TV uses for testing their own ecm's. C scripts allow you to receive all channels, including locals, PPV's, adult, sports packages, special events, and the 900's. All you need is a an hu card and a programmer with unlooping capabilities.

1 months access: **only $25**   BUY NOW

3 months access: **only $75**   BUY NOW

6 months access: **only $100**   BUY NOW

12 months access: **only $200**   BUY NOW

Subscribers must email their order id number issued from paysystems to our i in order to receive access to all scripts.

LIVE HELP
Unavailable
Powered by LivePerson



DssOutlaw
where all things begin

OVERNIGHT SHIPPING

**DirectTv**
* Hu card
* P4 card
* Absolute
* T911 Loader
* Mikobu III
* Tech CD
* Hu Emulation
* Combo Deals
* Platinum Scripts

**DishNetwork**
* Atmega 128
* Guardian2
* Rom 10 Card
* Quad Jtaq
* Tsop Lock
* Dual Iso
* Tech CD
* Rom Scripts
* Combo Deals

▶ Contact Us
▶ Tech Support
▶ Warranties

▶ Shipping
▶ Faqs
▶ Vote for US

ORDER NOW!
514.886.1852

### Guardian II ULTIMATE COMBO PACK

INCLUDES OUR FULL TECH CD!

**Description**

Our package comes with a Mikobu Iso Programmer, the Gardian II card, Quad Mode J-Tag, and a TSop lock to block your receiver from getting hit! Program the card once and get all channels forever, thats it!

You do not need anything else for Dishnetwork,

**Note:** In order to receive your Free Tech Cd, you must make sure to check it off in the shopping c

**Price: $275**

[BUY NOW]

NEXT ▶

LIVE HELP
Unavailable
Powered by LivePerson



## dssoutlaw
Where legal thing begin

### DirectTv
- Hu card
- P4 card
- Absolute
- T911 Loader
- Mikobu III
- Tech CD
- Hu Emulation
- Combo Deals
- Platinum Scripts

### DishNetwork
- Atmega 128
- Guardian2
- Rom 10 Card
- Quad Jtag
- Tsop Lock
- Dual Iso
- Tech CD
- Rom Scripts
- Combo Deals

- Contact Us
- Tech Support
- Warranties

- Shipping
- Faqs
- Vote for US

**ORDER NOW!**
514.886.1852

## Absolute Hu card Platinum Scripts

### Description

If you have a DirectTV system, then heres the package for you. We give you the programmer, virgin hu card and 3, 6, or 12 months of our Platinum scripts to activate over 900 channels. **Note:** In order to receive your Free Tech Cd, yo must make sure to check it off in the shopping c

+3 months $249   BUY NOW

+6 months $275   BUY NOW

+12 months $325   BUY NOW

NEXT ►

INCLUDES OUR FULL TECH CD!

Secure Shopping Cart
Feel safe when buying online

**LIVE HELP** *Unavailable*
Powered by LivePerson™



Home    FAQ    Software    Contact Us    Customer Support    Checkout

Detonator 2 $45
Detonator 1.0 $99
Detonator XP $159

P4 Card
NOW ONLY   $89.00



In Stock - usually ships in 1-3 days



Mikobu
1911
Detonator
Detonator
Detonator
Detonator
T6 Wave
Absolute
AfterSHO
P4 Card
Support

Checkou

## Add Premium Software & Support to this Loader, Don't miss out on:

- Tech Support for Your Hardware & Software needs!
- Wide Open Script: Includes every channel (PPV's, Movies, Sports, Music & More!)
- **2 Hour Deadline if Hashed!!!**
- Scheduled LIVE Support with a Professional Consultant
- Not Freeware
- Private Premium **3M Scripts** including **Valid Bin's / Vaild camID's**
- Full Tech Support 24/7 Via e-mail
- **Unlimited Loads**
- Full Step-by-step procedure guides

Virgin P4 Cards, Get them before the prices go up. DAVE TV's newest Access Card.

Copyright 2002 BestBuyLoaders.com
webmaster@bestbuyloaders.com

| DSS50.tv | 24 Top | Chudhack | HACK 100 | Geeks100 |

Credit Card Processing by: PaySystems Inc.





## DSS FileXpress > Information and Discussions > Rules of the Forum > Rules of the Forum

◁ Last Thread   Next Thread ▷

**Author**

**Thread**

📝 new thread   📝 post reply

**TheAdmin**
Administrator

Registered: Nov 2002
Location:
Posts: 16

• **Rules of the Forum**

Forum Rules:

1) No links/URLs outside the forum WHATSOEVER

2) Do not post your email address asking for anything.

2) No personal bashing and attacks

3) Please do not post ANY personal information when reporting ****s, dealer info, etc. This includes REAL NAMES, Addresses, e-mail addresses, etc. Violations of this policy will be dealt with swiftly and permanently: You will be banned from the board. If in doubt; don't risk it. Chances are, you will not be warned before you are banished.

4) The sale of any test card product or hardware device is strictly prohibited. All violations will be dealt with swiftly and permanently.

5) If you are new to this hobby, please read the Newbie section first.

6) Place your posts in the appropriate forums.

Thanking You for understanding these rules.

Report this post to a moderator | IP: Logged

🖹 01-31-2003 04:04 PM     profile   www   search   buddy     edit   quote

**All times are GMT. The time now is 02:13 PM.**

📝 new thread   📝 post reply

◁ Last Thread   Next Thread ▷

📰 Show Printable Version | 📧 Email this Page | 📬 Subscribe to this Thread

**Forum Jump:**

**Rate This Thread:**

-- Rules of the Forum 

Select a rating... 

**Forum Rules:**

| | |
|---|---|
| You **may not** post new threads | HTML code is **OFF** |
| You **may not** post replies | vB code is **ON** |
| You **may not** post attachments | Smilies are **ON** |
| You **may not** edit your posts | [IMG] code is **OFF** |

### < Contact Us - DSS FileXpress >

Powered by: vBulletin Version 2.2.9
Copyright ©2000 - 2002, Jelsoft Enterprises Limited.
© 2002 DSS FileXpress.com



🖼 **DSS FileXpress** > **DirecTV** > **HU Card / Hardware** > **Access Card: 4**

◁ Last Thread | Next Thread ▷

| Author | Thread |
|---|---|
| **overtheair**<br>Junior Member | **Access Card: 4** |

**overtheair**
Junior Member

Registered: Jan 2003
Location: Colorado
Posts: 5

**Access Card: 4**

I just purchased a new receiver that came with a card titled "Access Card: 4". Can this card be treated as an HU card and can I use the same software/hardware to program these cards? Or am I screwed and need to purchase an HU card?

Regards,

OTA

Report this post to a moderator | IP: Logged

🖹 02-01-2003 12:29 AM

**nrat**
Cold member

Registered: Dec 2002
Location:
Posts: 68

**P4**

There is not a hack for the P4 card right now. That I know of you would be better off to buy some hu cards. But hang on to the P4 cards.

Nrat

Report this post to a moderator | IP: Logged

🖹 02-01-2003 02:31 PM

**Falcon**
Moderator

Registered: Dec 2002
Location:
Posts: 250

🌐 **read the anthologies in the newbies section**

Report this post to a moderator | IP: Logged

🖹 02-05-2003 10:26 PM

All times are GMT. The time now is 02:15 PM.

◁ Last Thread | Next Thread ▷

 Show Printable Version |  Email this Page |  Subscribe to this Thread

**Forum Jump:**

-- HU Card / Hardware    

**Rate This Thread:**

Select a rating...

**Forum Rules:**

You **may not** post new threads    HTML code is **OFF**
You **may not** post replies    vB code is **ON**
You **may not** post attachments    Smilies are **ON**
You **may not** edit your posts    [IMG] code is **OFF**

### < Contact Us - DSS FileXpress >

Powered by: vBulletin Version 2.2.9
Copyright ©2000 - 2002, Jelsoft Enterprises Limited.
© 2002 DSS FileXpress.com



**DSS FileXpress** > **DirecTV** > **Newbies** > **DIRECTTV-ANTHOLOGIES: [COLOR=red]PART/1[/COLOR]**

◁ Last Thread   Next Thread ▷

| Author | Thread |
|--------|--------|

**Falcon**
Moderator

Registered: Dec 2002
Location:
Posts: 250

⊚ DIRECTTV-ANTHOLOGIES: [COLOR=red]PART/1[/COLOR]

This is for all my new and all freinds here .......... and sorry for delay on starting the ANTHOLOGIES which will have two parts as you can notice it is long and takes time to write such a thorough...................

**\*the ANTHOLOGIES will contain all sorts of info even some history..... so read what you like or need but revision doesnt hurt........** ⊚

\*\*If notice any errors please email me at dssclone2003@yahoo.com , will be much appreciated.

OK lets begin............!!!!⊚

Directtv
**WHAT/WHO?** Directtv is a satellite company in the states but with its orbiting satellites is able to feed not only NA-continent but even from far if have one huge dish ⊚ Also they have over 900 channels and depending where you live can recieve even the locals.

**SO?** Well unlike Dishnetwork its counterpart (THERE ARE OTHERS BUT UNPOPULAR TO THE MAJORITY) Directtv provides channels of the USA and even some Latino basic. So Directtv stayed true and home unlike Dishnetwork which has so many ethnic channels which would be useless if do not understand.

**HOW/WHEN??** Well there is only three possible ways to recieve reception for Directtv.
1. through membership..........
2. Require an HU card (It is made of blue sports figure cover of football or basketball player and are also sometimes named P3 ) by programming it with latest fixes or patches......
3. Require the P4 card which is the new cards you recieve when purchase a reciever at any local electronic shops. These cards are believed to be hacked but not made public due to some dealers wish for massive profit. (I would advise to stick with HU till its flushed out

of the system which wont happen for anothr good 2 years )
4. HUEMULATION and not the H which was a great series unlike the
latest for the HU. The reason I say that is H was great is because it
lasted for months unlike the HU emulation. There are several
softwares which you can use for HU EMULATION which I will name
later. (My personal opinion on this is if you can afford the board and
hardware for emulation it be better to stick with 3Ms which I will
explain later; Others will wish to argue with me on this issue but
they'd lose. REASON is that less fancy gear and no emulation
frequency panic or running massive programs with wires
galore...UNLIKE 3Ms which just require a programmer and a card
with some patience and get same exact result of entertainment.......
BOTH need good bins to run so why waste time with something not
perfected which means unlike the good old H days this Hu
EMULATION can be hit but will be headach of a rerun on
programming... )

**Above are all the equipment needed to recive the reception with
and below is the most essential the RECIEVER. There are two which
I will explain in most detail as for others ask me via emails...... the
RCA and Hughes

-RCA –there are different generation models as we know RCA has
been around for a while......... Generation means in lame terms how
old it is so.....1st generation is a lot older then a 5th generation.
Those with 1st and 2nd please upgrade or if not email me and will
be happy to help.......
So below I will explain the possible brands of reciever their is for
each generation Rca models and below it the way to reboot it.

**3rdGEN** DRD303RB, DRD313RB, DRD502RB, DRD503RB
DRD503RBC, DRD505RB. DRD513NB, DRD515RB, DRD523RB

...example for DRD502RB
Remove Access card
On the receiver, press and hold the ON/OFF and Down Arrow
buttons simultaneously
Hold for 3 seconds
Screen will flicker, and then power itself up
Release the buttons and turn power on if necessary

...example for DRD303RB
Turn power off on receiver
Hold down the Channel Up and Channel Down buttons
simultaneously
While holding the buttons down, press the Power button
The static on the TV screen goes black
Continue holding the buttons down for 5-6 seconds more until the
static comes back
Release the buttons and turn the IRD on
It will come on in setup mode, once you exit, the reboot is complete
--OR-
Remove card
Press and hold the Info and Down Arrow on the receiver

This will bring up a hidden test screen
Use arrow over to the Test button and then run test
After test is complete, scroll to Stop and enter
Receiver will shut itself off and reboot

~~4rthGEN~~ NRD215ND, DRD221RD, DRD222RD, DRD223RD
DRD440RD

.....example for DRD222RD
Remove the Access card
Leave the power on to the receiver
Press and hold down the top three buttons on the receiver (On/Off +
Up + Down)
While hold all buttons down, watch the receiver power light to cycle
off
Release buttons after 3 seconds
Press Power button to turn receiver on
-OR-
Leave the Access card in
Press and hold the Down and Up Arrow buttons simultaneously
A vertical test pattern will appear on the screen
Press the Power button as well (holding the other buttons down)
Audio should kick in for 10-15 seconds
The system should go black, reboot itself and search for a satellite
Release buttons

**5thGEN** DRD420RE, DRD430RE, DXD436RE, DRD440RE
DRD480RE, DRD490RE, DSM432RE, DS4121RE, DS4221RE
DXD516RE, DTC100

.....example for DRD420RE
Remove Access Card
Press and hold the Info and Right Arrow buttons simultaneously
Hold for 3 seconds until receiver powers off
Release buttons
Power up receiver and re-insert Access Card

**-HUGHES** -there are different generation models as we know
HUGHES has been around for a while......... Generation means in
lame terms how old it is so.....1st generation is a lot older then a 5th
generation. Those with 1st and 2nd please upgrade or if not email
me and will be happy to help.......
So below I will explain the possible brands of reciever their is for
each generation HUGHES models and below it the way to reboot
it.

**3rdGEN** HIRD-C2

......example for HIRD-C2
Press and hold the Power button down
Press the Down arrow button
Press the Up arrow button
Press the Down arrow button again
Release the Power Button

**4rthGEN/5thGEN** HIRD-D0, HIRD-D1, HIRD-D2, HIRD-D4
HIRD-E1, HIRC-E2, HIRC-E4, HIRD-E6

.....example for all above
Remove Access Card
Navigate to System Menu, Setup, Installation, System Test
Right arrow to begin the System Test
After finishing, using remote, press Channel Up 3 times rapidly
followed by Channel Down 2 times
On some models (all D1's, not D2's), you will get a Secret System
Test screen with a Reset button
Press the Reset button which will will clear the EPROM memory to
factory default and then reboot receiver
Insert Access Card

If the above dont work then try what I do sometimes which is simply
remove the card and then unplug reciever while its on and wait few
minutes and plug it back in which will make reciever auto turn on
and then insert card.......works most of times)

**So above is info on all that you need to watch great american
entertainment with some wonderful latin tv+locals**

IT WAS TOO LONG SO HAD TO BREAK IT IN TWO PIECES THE
ANTHOLOGIES PART I...SO READ ITS CONTINUATION)

Report this post to a moderator | IP: Logged

🗎 01-31-2003 09:53 PM

**Falcon**
Moderator

Registered: Dec 2002
Location:
Posts: 250

📄 **PART1 CONTINUATION**

THIS IS A CONTINUATION TO PART1 ANTHOLOGIES

The next topic is I will use www.extremesatellites.com (all on the
net are the same depending only with price and service)as a sample
on all their DIRECTTV hardware products they have and will explain
what they good for in brief and if any use and for what.........(WILL
EXPLAIN LATER SOFTWARE FOR THEM BUT FIRST NEED TO LEARN
OF THE TECH)

-Hu card which I explained before is a necessity and each person
should have two so if their is an ECM they are not left in the dark.
These cards are good for loading the required software to obtain
latest DIRECTTV entertainmant packages. Can use card with all
dvices below to program or unloop
(IT IS FOR TESTING PURPOSE ONLY RIGHT...)
-P4 cards are good to have so as they are cheap now would be wise
to invest into one at least if can afford as they will pave for the
future.

-HU GOLDEMU is like I mentioned before is good emulation software
requiring lots of hardware and wiring.......(go to website for PC
specs) This is as good as the BIN you have for it which means an

expensive investment with no guarantees like the old H emulation which lasted most of the times for a year or more.....you will also need with it beside a PC a loder flashed to emulation settings and will need an HU card

-T911 LOADER is no different then most loaders on the market but is a older model version of the Absolute1 Glitcher but works the same way...... It is still a good buy but invest into the newer models..... It has also switches in back (6) which is important as to know that when 1 and 5 are selected then it is ready to flash the loader to UL4S standard.....To have it set on Programming standard then switches have to be set on 2 and 5
can use this loader to program and unloop HU cards

-Mikobu3 is a reliable name on the market for making loaders and this is surely if chosen is a great investment. Its originaters have put effort to making it a well rounded product but effective in unlooping and loading the cards. Has also a pattern of unlocking or unglitching VERY stubborn cards. can use this loader to program and unloop HU cards

-Absolute1 Glitcher which is the hardware I use and think it does effectivly what it made to. It has switches like the T911 but set it with same settings and should have no problem...... can use this loader to program and unloop HU cards

-Sureshot is a good loader but bettered by the T911 and that is my opinion. It has sometimes or often errors with its unreplaceable atmel but when properly functioning it is a good loader. 😀 can use this loader to program and unloop HU cards

-Emulator Board is a requirement for emulation as it will replace the card in the sleeve of reciever. Must buy if emulation is the way you wish to go......

-XP Unlooper is a great device to unloop all those Hu cards which seem unberably long in the Loaders. It is a device specialized for unlooping and does with success rate of 95% This device is for unlooping and NOT programming!!!!!

**Thats it for all the hardware of DIRECTTV products that there is and need to know....
(YES there is other hardwares but they all similar to certain extent so use these to opinionate on them and if not sure email me as mentioned above and be happy to respond)

WELL THIS WAS PART ONE OF THE ANTHOLOGIES AND WAS ABOUT HARDWARE ONLY......If I missed anything please let me know.......PART 2 ANTHOLOGIES IS ABOUT SOFTWARE😀 IS SCHEDUELED TO BE HERE THIS SUNDAY if all goes well.........

Report this post to a moderator | IP: Logged

🗐 01-31-2003 09:55 PM

**Falcon**
Moderator

Registered: Dec 2002
Location:
Posts: 250

I am sorry on the colors will not do that again☺

Report this post to a moderator | IP: Logged

📆 01-31-2003 10:02 PM

**nrat**
Cold member

Registered: Dec 2002
Location:
Posts: 68

**Great Info**

Great job Falcon Alot of great information Here all members should read this. But I am taking off points for the colours.LOL☺

_____

Nrat

Report this post to a moderator | IP: Logged

📆 01-31-2003 11:04 PM

**Falcon**
Moderator

Registered: Dec 2002
Location:
Posts: 250

☺ **not fair said sorry on colors**

Report this post to a moderator | IP: Logged

📆 02-01-2003 07:16 AM

**Falcon**
Moderator

Registered: Dec 2002
Location:
Posts: 250

☺ **due to.......**

what happened with the shuttle and other events I am postponing PART2 to tuesday☺ thanks for patience guys.........hope part1 was helpful to some

Report this post to a moderator | IP: Logged

📆 02-02-2003 07:32 PM

**overtheair**
Junior Member

Registered: Jan 2003
Location: Colorado
Posts: 5

**Include in Part 2**

Be sure to include in part 2 answers to the following questions:

- Do you need to purchase a non-blacklisted BIN or can you copy a friends?
- Can you damage your friends card if you copy it?
- Is there any way you can damage a HU card permanently?
- Do you need to purchase a support service for 3M and BIN or can you get free scripts elsewhere?
- The exact dip switch settings for absolute 1 loader for each case?

Thanks in advance.

_____

Regards,

OTA

Report this post to a moderator | IP: Logged

02-02-2003 08:04 PM

**Falcon**
Moderator

Registered: Dec 2002
Location:
Posts: 250

i have been busy...sorry but

expect it soon as this sunday part2 as I have been busy with
university exams and the double hashing of tuesday...

I know many await for the software version so please be patient and
understanding........

Report this post to a moderator ] IP: Logged

02-05-2003 09:42 AM

**All times are GMT. The time now is 02:15 PM.**

new thread    post reply

◁ Last Thread    Next Thread ▷

Show Printable Version  |  Email this Page  |  Subscribe to this Thread

**Forum Jump:**
-- Newbies

**Rate This Thread:**
Select a rating...

**Forum Rules:**

| | |
|---|---|
| You **may not** post new threads | HTML code is **OFF** |
| You **may not** post replies | vB code is **ON** |
| You **may not** post attachments | Smilies are **ON** |
| You **may not** edit your posts | [IMG] code is **OFF** |

< Contact Us - DSS FileXpress >

Powered by: vBulletin Version 2.2.9
Copyright ©2000 - 2002, Jelsoft Enterprises Limited.
© 2002 DSS FileXpress.com

Exhibit B





Pull down to Navigate Main Site 📑 🔳

**Members Login  |  Join Members Area  |  Main Page  |  Members Area FAQ  |
Lost Members Password?**



The Pirates Den Discussion Forum > Hu (P3) Card Programming Forums > New Person (Newbie) Forum >
Getting Started for first time

◁ Last Thread   Next Thread ▷



| Author | Thread |
|---|---|

January 25th, 2003 09:18 PM

**yfc470**
Land Lubber

Registered: Jan 2003
Posts: 2

 Getting Started for first time

First of all let me start by saying this forum is by far the best I have seen and seems that everyone wants to help. Thanks in advance to all!

I am very new to this and want to confirm with you experts what I have read and learned over the last couple of days. Assuming I already have the necessary equipment the process is as follows and please correct me if I am wrong as I really want to learn this stuff.

I need to unloop a card first. I do this using Extreme HU or Winexplorer 5.0 In order to unloop using Winexp I need some sort of script that i can execute in this program and this script will glitch the card and somehow look for an ATR (not sure what that is). once I have sucessfully unlooped the card i need to copy a valid bin to it than I need to clean the card to remove unecessary code from it. than reboot the card. Once I have done all this the card can be programmed. Next

I have to patch the existing image or eeprom or bin on the card with another bin or 3m, this other 3m that I am patching would contain the code that would open up all of the channels. Understanding that if I want to open up all ppv or locals I need to perorm some other step, than I guess I need to reboot the card again.

Am I on the right track here? or am I missing something??

In addition what exactly is a valid bin and is those private web sites the only place to obtain an updated bin?
Also does anyone know a place to get a good script for Winex..50?
I heard an external power supply helps with the unloop process can someone confirm that?

Thanks to all.

IP: Logged

January 25th, 2003 11:03 PM        

**officeman_1**
Land Lubber

Registered: Jan 2002
Posts: 12



I can see that you have done a lot of reading...

You may not need to unloop your card... If you have bought a system, chances are the card is not looped... Use Extreme HU 3.5a (my favourite) and do a Card, Check Card Info first.... If you get a response that means the card is not looped.

First thing I would do is to save whatever is on the card first, you would do that in Extreme HU 3.5a, by doing card, read card, and then save the image to a file.

Now you are ready to program your card... Two ways...

1) Activation or 2) 3M.... Right now there are quite a few 3M's that are working so I would go that route.

You need to find a good site first, there are quite a few that provide valid bins (bins that are not blacklisted by Dave), but the private site bins should stay up longer.

Now when you do get around to programming your card, you can do something called "booting" your card, which allows you to do multiple operations (like clean, clone, write hex (3m)) without having to glitch into your card each time.

Hope this helps... You are definitely on the right track...

Officeman_1

P.S they say that an external power supply is better if you are
glitching into your card using the ROM glitching techique. Personally
mine is PS/2 powered, and I have been using Extreme HU for quite
some time with great success.

IP: Logged

January 25th, 2003 11:28 PM                              

**yfc470**
Land Lubber
                                     ☺

Registered: Jan 2003
Posts: 2
                                I do not have a valid activation. I have two cards. One is working but I
                                guessed hashed ( not sure if I used that term correctly) becuase some
                                channels are blacked out and some freeze after a few minutes. The
                                other card is the one I have been messing around with. When I first
                                read it with extremeHU I read it it had a valid ATR I saved the bin on
                                my HD. As I continued I must have screwed something up becuase
                                now I get invalid ATR. So.... I assumed the card got looped and I have
                                been tryting to unloop it for a while now. I have used ExtremeHu but it
                                doesn't return anything but ATR 00 00 00 etc..
                                I have been trying Winexp5.0 for the last hour or so running a SEMU
                                script and it doesn't seem to find an ATR either. I have since
                                downloaded StartGlitch, Super HU popper and some others. Guess I
                                will try those too. Anyway thats where I am. Now on the other card,
                                since it is working other than the freezing should I do something
                                Different? If the card is sort of working is it looped? or can I just
                                update the bin? Thanks again for the reply and I hope to get this down
                                to a science soon. If thats possible?

IP: Logged

All times are GMT.                                        

◁ Last Thread  Next Thread ▷

----

Show Printable Version

**Forum Jump:**
|— New Person (Newbie) Forum                                  **Rate This Thread:**
                                                             Select a rating...

**Forum Rules:**

You may post new threads      HTML code is **Off**
You may post replies          vB code is **On**
You may post attachments      Smilies are **On**
You may edit your posts        [IMG] code is **Off**

< **Contact Us - The Pirates Den** >

Powered by: vBulletin Version 2.2.8
Copyright ©2000, 2001, Jelsoft Enterprises Limited.
Freedom of information is a right, not a crime © 2000 Pirates Den .

**Subscription Without Committment**

I would like to subscribe to DTV, but since I am not sure if I will like it better than cable I do not want to sign a one year committment, which is what DTV told me I have to do in order for them to send me a card. This is BS in my opinion as this was not explained to me by the person at Walmart when I took the box off the shelf, put it in my buggy and bought it. I did not even know that all the equiptment wasn't in the box to subscribe. In fact I already had the dish mounted, tuned, and everything, then I called the number to activate it and they told me I need to sign a one year agreement in order for them to send me a card. Talk about getting me mad, I spent about three hours setting this damn thing up, preparing to watch TV, and even if I did sign this agreement I wouldn't be able to watch it that night, I had to wait to get a card in the mail. I was mad at first, but then someone at work told me to look on Ebay, I did and I saw tons of people selling cards. I guess my first question is can I simply buy one of these cards, and activate it with no committment, and secondly do I need an H, HU, or P4 card, this is a little unclear to me as well, what is the difference? The reciver I bought is an RCA (it is the only one that Walmart sells), it came with the reciever, remote, and dish. I knew the whole thing sounded too good to be true. Please advise. If I am on the worng path, what can I do to order with no committment. I am not sure if this is the right forum, if it is not please let me know which one it should be in.

IP: Logged

January 31st, 2003 06:30 PM 

IP: Logged

**GROOVE269**
Land Lubber

Registered: Jan 2003
Posts: 11

I used to work for Dtv sales dept. we got alot of these questions. But as far as i know, the only way to get DTV is to subscribe. Im a newbie at this stuff too. i just finished my contract and cancelled it (stupid me). I know that you can get another .bin file from somewhere but i was told it wouldnt last long. Im not sure what anyone else thinks, but i think you should sign up for the cheapest subscription available and think of it like this, your going to pay $32/month. But how much $$ you saving with free ppv, adult, hbo etc. thats how i thought of it. Its a small price to pay for what your going to have.

IP: Logged

January 31st, 2003 07:46 PM        

**Sneezie**
Swabbie

Registered: Jan 2003
Posts: 31

If you sub today, DTV will send a p4 card.
H card is obsolite,
HU card is programable,
P4 card is not.

IP: Logged

---

January 31st, 2003 08:14 PM        

**enajeiram**
**Pirate Reject**
**(Banned User)**



Registered: Dec 2002
Posts: 160

Yes you can purchase a card off of ebay and activate it without a
subscription committment.

IP: Logged

---

January 31st, 2003 11:02 PM        

**iqis145**
Buckaneer

well enajeiram there is a little more to that story don't you think?
Besides the legalities there is all the hardware and software issues.

IP: Logged



Registered: May 2002
Posts: 326

February 1st, 2003 12:49 AM          

**GROOVE269**
Land Lubber

Registered: Jan 2003
Posts: 11

so its better to pay the $32/month and make it seem like its all legit.
in my opinion. its all up to you.

IP: Logged

**All times are GMT.**

**101 Where to start?**

Yes, I'm Newbie. I'm currently up and running with a dish and card, I wanted to know what the basics are to keep it running, what products will I need?
I was thinging of getting a T911, what other things do I need to get started? Do I need a programmer or will the T911 due? Scripts? Are there any 101/step by step web sites to walk thru the process without messing up my card?
Thanks...

IP: Logged

---

January 24th, 2003 07:56 PM     

**thedog**
Veteran Seaman



This will get you started. Good luck.

http://www.POST_NO_URLs.COM

IP: Logged

Registered: Nov 2000
Posts: 486

---

January 25th, 2003 09:46 PM     

**voldaddy**
Land Lubber

Registered: Jan 2003
Posts: 6

I AM A NEWBIE AS WELL AND CLICKED ABOVE WEB ADDRESS, SAID WEBSITE NOT FOUND

IP: Logged

January 26th, 2003 03:51 AM               

**thedog**
Veteran Seaman



Registered: Nov 2000
Posts: 486

Then let us do it this way:

The Ultimate Newbie Guide To Testing v2.5

WRITTEN BY rms2001

09/24/02 03:39 AM

Updated 12/26/02
Changed some stuff that was a little out of date to be more current
with the times.
And took out some language that mite offend some one.

Introduction

Testing - V. the act of employing alternative methods to obtain digital
satellite programming.

Welcome to the world of DSS testing. This is a hobby in which security
infrastructure is circumvented and subscription programming is
obtained free of charge. This is a guide that is designed to give the
newcomer a crystal-clear explanation of how to be a part of this high-
tech hobby.

In my opinion, the biggest barrier of entry to this hobby is the lack of
availability of pertinent information on exactly how to become a tester.
This is an eight year old hobby, and the internet is saturated with
obsolete testing information. This just confuses the new comer
because there is no starting point in the sea of information madness.
Testing sites classify their files with respect to time, not level of
difficulty. They do this because the state of testing can change so
quickly that brand new files can reach obsolescence in less than one
day.

This hobby is vast and technical, encompassing several access cards
(including some which are no longer in use, like the F, and H cards,
don't be tricked into buying an F or H card because you will be kicking
your self in the head. Both card's data stream have been shut down.),
different methods of hacking each card, different kinds of hacks for
each card, and two separate satellite providers. For this reason, this

The Pirates Den Discussion Forum - 101 Where to start?                     Page 3 of 14

Case 1:04-cv-10129-REK     Document 5-4     Filed 05/20/2004     Page 32 of 43

guide will be limited to the best testing method available at the time of this writing [2002] for the HU card only.

The majority of this information should remain valid for a few months to a year. Although this guide is a shortcut, it is not meant to be brief. It is a shortcut through the obsolete information that is out there, since all the info you need to get going is right here. Let's take a look at what we will cover:

Perspectives: this section will address ethical issues, law, and economics in an objective manner so that an informed decision can be made.

Vocabulary: In this section we'll define our technical terms and ideas.

Before we Begin: The bare necessities. This will cover what hardware, software, and tools you will need to get started, and where to obtain them.

Procedure: Here we will get in to what you will actually need to do in order to get TV. We will discuss how to use the software, how to operate your hardware, and how to maintain your system.

Troubleshooting Guide: What went wrong? This is where you will need to go when things aren't operating properly.

Quick Guide to Dish Installation: How to get your dish up and running.

Perspectives:
"The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of it's enactment, and not merely from the date of the decision so branding it... No one is bound to obey an unconstitutional law, and no courts are bound to enforce it." -
16 American Journal of Jurisprudence 2d, Sec 177 late 2d, Sec 256:

Before we talk about testing methods, I encourage you to take a moment and examine your intentions, moral turpitude, and the laws of your land. This is for your own information as well as your protection. I want you to make a well-informed decision if and when you decide to become a tester.

Some argue that DTV has no more of a right to broadcast their signal on private property than there are those who dwell on the property have to decrypt the signal and watch it. After all, the satellite is in space, where many believe is no-man's-land (which isn't land to begin with). It becomes murky territory to distinguish who owns what where. Can someone actually own an intangible electronic signal that is beamed to an entire continent? I mean really, do you still own something if you choose to blast it 22,000 miles off the ground?

On the other hand, DirecTV has a high overhead. It costs ridiculous amounts of money for DTV to launch satellites into orbit, pay the engineers to operate them, pay interest on billion-dollar financing, assume the financial liability of the business not succeeding, insure their investments, pay US Income Tax, hire firms such as NDS to create secure access modules (more on these later), and re-hire NDS when their security system fails. These high costs explain why the basic programming subscriptions for DirecTV start at $32 USD per month.

It is left up to you to find out what the consequences will be if you happen to get caught. Typically, it is a lesser offence to watch free TV for your own personal use than it is to get into business and make money off of DirecTV's signal by selling "free" TV to people in your area. History has shown that dealers and manufacturers in the US have been DTV's favorite targets. Regardless, in the USA there is a potential for both criminal and civil suits exits. Be careful.

Another important decision to make is whether or not you can commit to being a tester. There is much information to learn, plus it requires extreme patience, determination and a love for technology. If you aren't fully computer literate, don't even try this, you'll just waste a ton of time and money. A background in electronics and computer science is very helpful but not necessary. If you have a decent income and not a lot of time to spend, then ask yourself if it is more economical for you to actually buy it than go to the effort of hacking it.

Technical Vocabulary
"The only bad 'f-word' is FCC" -Tom Morello, Rage Against the Machine

Let's acquaint ourselves with some of the basic terminology used in testing. Using abbreviations can save time communicating, but are useless until the terms are actually defined. If you already know some of this information, great. But remember; everyone has to learn sometime. Since some definitions are built on others, these are not in alphabetical order.

An IRD is an "Integrated Receiver / Decoder" and just means the video decoder box where you put your card.

An LNB is a "low noise block" converter. This is the waveguide and small box that rests on the end of the satellite dish. This is what the coax cable plugs into and converts the 12 GHz signal to a lower frequency for your receiver. A "dual feed LNB" is an LNB having two coax cable connections, enabling two receivers to run from one dish.

A CAM means "conditional access module" and is simply the term for the smart card. The words CAM , smart card, HU Card, test card, and access card can all be used interchangeably.

A sub card is a CAM that is legitimately subscribed to DirecTV.

The Pirates Den Discussion Forum - 101 Where to start?    Page 3 of 14

Case 1:04-cv-10129-REK    Document 5-4    Filed 05/20/2004    Page 34 of 43

A CAM ID is a unique serial number for the CAM printed on the back of
the card. If you had a virgin card and called DirecTV and actually paid
for a subscription, you would read them the CAM ID of the back of
your card, then they would activate it through the downstream. DTV
knows all CAM ID's including which ones are subscribed and which
ones aren't.

The blacklist is when DTV sends a list of invalid CAM ID's through the
stream and tells the IRD to compare the CAM ID of the card to all the
ones in the blacklist. If there is a match, you will have a "Call ext 745"
message on your screen, and a denial of video signal.

An ATR is a sequence of 20 numbers that the card transmits back after
its RESET pin is toggled. The values of these numbers aren't important
yet, but they do have meaning. For the newbie, one would think
learning about an ATR is irrelevant. However, the ATR is actually a
health indicator for your card. If your card is broken, it will not give
you an ATR.

The datastream is the data and computer instructions coming from
DTV's satellites. This consists of encrypted video data and instructions
that are routed to the CAM . However, the stream usually means just
the CAM instructions. Common testing news is, "New CMD82's found
in the stream," and this is referring to certain instructions found going
to the CAM .

An ECM is short for "electronic counter measure". This is a sequence of
computer instructions put in the stream that are then sent to your
CAM . These instructions examine data on your card to determine if it
has been "hacked" and if so, erases the hacked data area, making the
card temporarily non-functional. Once an ECM is conceived, it appears
constantly in the stream, so that if a tester re-applies the same hack,
the ubiquitous ECM will immediately return the card to un-usable
state.

Hash(ing) The term applies to the act of getting your signal
interrupted by Dave, either a prelude to an ECM or as a result of an
ECM, so that you lose the audio or and or video.

Looped card is a CAM that had instructions written to a location in
memory critical to the card's functioning. This term comes from the
earlier version of cars wherein an ECM would write a "loop" of
computer instructions, making the sequence continue forever (thus
not completing the rest of its duties and not decrypting video), i.e. at
location B it will read "jump to C", and at location C it will read "jump
to B". This broke the card, but it could be recovered by "unlooping"
methods described later in this section. Nowadays, a "looped" card
just means any card that has a critical problem far beyond that caused
by most ECM's.

IVAC is an abbreviation for "insert valid access card" which is one
message an IRD returns when something is wrong with the CAM . The
CAM may have been hit with an ECM, it may not be married to that
IRD, or it may be looped. It usually means the IRD knows that

something was inserted, but whatever it was, it is not acting like a regular CAM .

A Hack is a general term that can be applied to a variety of things. Typically, in the context of testing, it will refer to a small file that is programmed into the CAM enabling free channels. In abstract, a hack is an item, method, or procedure, tangible or intangible, that, when applied to a system, produces a preferred or desirable effect, or suppresses negative effects or states of that system.

A virgin card is a CAM that has no testing information, i.e. no "hacks", applied to it. It is a card that receives preview channels. A test card can be returned to "virgin status" by putting its original information back onto the card, although a purist may disagree.

Dave is the entity at DirecTV (aka Signal Integrity) that monitors testing and formulates ECM's by disassembling the hacks posted at testing sites. Dave does not speak to testers, but he definitely browses almost all freeware locations. You can tell Dave what you really think of him here: si@directv.com (suggestion: don't use your real email address).

A cardswap is a major event that has only happened 3 times in DTV history. This is when Dave succumbs to defeat and mails ALL his millions of paying customers a new version of access card. After all his legitimate customers have new cards, the only people left using the old card are testers. At this point the entire stream of instructions for the old card is discontinued, leaving testers with invalid cards. This is a last resort for Dave since it costs tons of money to produce the new cards (plus it hurts his morale), mail them, and provide phone support for the technologically illiterate generation of people who can't figure out how to put their new card in.

Activation is a form of hack that enables most channels, but not all of them. This enables about the same amount of channels as a DTV paying subscriber. This hack works by modifying certain memory locations on the card so that they look just like a subscriber's card. This enables as much programming as a subbed card. If you want to watch pay-per-view you will have to use the remote and "buy" it.

A 3m is a hack that enables absolutely every channel, with the exception of local channels, as it is only possible to receive local channels from one region at a time. This hack works by going to the channel authorization area of the card and making the card answer "yes" whenever the IRD asks for authorization.

Freeware is a class of computer software that is available to anyone who wants to download it. The files include programming software, utilities, text articles, and other tools of the trade. Most importantly, freeware includes activation files and 3m's that are available to the masses, including our buddy Dave. Dave formulates ECM's by downloading freeware from the same sites the tester uses. For this reason, freeware hacks do not last long.

Private files are hacks applied to a card, just like freeware, except the

The Pirates Den Discussion Forum - 101 Where to start?                           Page 7 of 14

Case 1:04-cv-10129-REK     Document 5-4     Filed 05/20/2004     Page 36 of 43

files are obtained for a fee or are traded amongst private groups with the intent of keeping Dave out of them. These files usually come from dealers or pay-testing (an oxymoron) sites. Once a tester releases a private file to the public, it becomes freeware and it will be counter-measured soon. This is disadvantageous to all the other people using that particular file because they all will experience denial of service due to the one bastard that leaked the file. Because of this, private files are heavily guarded and only traded among mutually trusted groups of testers.

A Hex file is a hack applied to a card. This file consists of a sequence of hexadecimal characters that change specific locations in a card's memory enabling access.

A bin file is a image of a card, it can just be a nonhack image or it can also be a hack. Typically, a CAM ID gets copied along with it, making it an easy target for Dave. But most of the bin files you find on the net have been patched with a 3m. There is a way however, to apply your original CAM ID to another card image which will increase this hack's lifetime. More on this later.

A loader is the actual piece of hardware that communicates to the smart card. It is a simple interface that connects via a COM port. Since legitimate access to HU cards is protected by a mathematical sequence similar to a password, cards cannot be directly written to and read from. Instead, they are accessed by severely confusing the card with random abnormal electronic signals such as variable clock timings and voltage levels until the you get into the card. Loaders can be purchased from dealers or can be built yourself if you are very experienced with building electronic circuits. If you build or buy a loader, you will also need to "flash" the controller on it, which is easily done using DOS-based flash software available from freeware sites. Flash, this is the code that lets you glitch into the HU card. This is code that is stored in your loader's Atmel, and allows you to glitch into the card. You can flash your loader from DOS by running the .exe. Or if you're running Win2K or XP, you can use a program called; XP Flasher to flash the Atmel from Windows.

Glitching is the electronic process used by the unlooper or loader to gain access to the card. See above.

Before We Begin
Here is what we need before we can get going:

A complete DirecTV system and TV. This includes a dish, IRD, HU card, coax line, and the lightning arrestor with grounding wire (yes do it right guys. Being cooked alive is barbaric and excessive punishment just for testing, even Dave himself would grudgingly admit to this;) The system should be installed, pointed, and receive channel 100. If you want basic info about using your DirecTV system you can also tune to channel 201. For a quick guide to dish installation, see the end of this manual. Ebay seems to be the cheapest place to obtain equipment, with the exception of the HU card itself since that's where testers go to get them. Check pawn shops, thrift stores, and garage sales; places where people don't understand what a HU can be used

The Pirates Den Discussion Forum - 101 Where to start?          Page 8 of 14

Case 1:04-cv-10129-REK     Document 5-4     Filed 05/20/2004     Page 37 of 43

for or what its value is. If you can, just steal the card right out of the receiver since DirecTV will mail its legitimate customers new access cards free of charge (i.e. you will not be doing a disservice to the store owner or the buyer of the receiver by lifting it unless it is purchased by another tester. Also one thing, you really can't 'steal' the card from the store owner, look on the back of the HU card, you will see "This card is property of NDS Ltd <...>. So its not really 'stealing' since the card belongs to NDS any way.)

A computer. You should have a windows Pentium PC, I recommend NT 4, Win2K, or XP for stability, although the programming software will run on all versions of windows. You will not need internet access on this particular PC, but ultimately you will need to get the files from the net. All testing files are small enough to fit on a floppy. You must have WinRAR or Winzip installed. I recommend WinZip. You should be familiar with this software; know how to use it. You need at least one COM port and a COM port cable, commonly called a DB9. I would recommend buying this cable used at a garage sale or thrift store, since retails charge ridiculous amounts for new cables ($5 vs. $30 USD in some cases). You don't need to worry about hard drive space for this hobby, but I would worry about organizing your files neatly. You will need a designated area to put numerous versions of your files you accrue, which are always growing since new files are released almost daily. I recommend making one master directory somewhere convenient for you, then putting subdirectories inside each containing software, bins, documents, and whatever else you end up using. Organization is imperative come the day when you need your original bin back. I would also recommend backing your files up to another directory or on another computer, zip disks, CDs and floppys.

Access to a good freeware testing site. Try searching your favorite search engine for terms like HU3M, dss + testing + freeware, etc. Once you find one that has updates to its news or files at least twice a week, bookmark it and stick with it. When you have success testing I recommend donating to help the cause. Don't search yahoo for generic subject terms such as DSS TESTING because pay sites will pay yahoo for poll space and you will just get a bunch of hits for pay sites. Screw that.

Programming software. This is the software your computer will use to talk down the COM port cable to your loader. There are two programs that are absolutely necessary. These would be Winexplorer and Extreme HU. We won't worry about what these are yet or how to use them, just download them and put them in your testing directory. Since version numbers change every month or two, just get the latest version you find. Besides, most hacks don't depend on version number. This software is tried and true, and pursuant with the true ethic and camaraderie of testing, no testing software contains malicious code and virii. We trust each other and work together to keep our community clean.

A loader. This is the most important thing. You have two choices; you can either buy one or make one. I would recommend researching reviews from freeware sites and asking around to find the best dealer available. Here at the DSSU, you can go to the Build Your Own

The Pirates Den Discussion Forum - 101 Where to start?                    Page 5 of 14

Case 1:04-cv-10129-REK    Document 5-4    Filed 05/20/2004    Page 38 of 43

Hardwareforum and ask all the questions you want. You can also check out Wizard's site (http://www.angelfire.com/rant/wizard/files.html), and download the info on making your own unlooper. Thanks Wizard! There are scammers out there so be careful who you send your money to. Bought my newest one from SkyLabbs.com. Either way, count on spending about $100. If you build one you will need an oscilloscope, for the schematic, just go to Wizard's site and download all the info you can (http://www.angelfire.com/rant/wizard/files.html). This is challenging, but it can be done. And you get a rewarding feeling from success. Remember to use HIGH SPEED CMOS chips, with the "HCT" or "HC" in the middle (i.e. 74HCT04) NOT low speed schottkey (i.e. 74LS04). The parts list will be included with the schematic and all the parts, including the smart card socket, are available from digikey, inc. (http://www.digikey.com/) ( I am sure digikey does not support or condone questionable usage of its products).

Procedure
Here we will talk about what you actually need to do to get free TV. The first thing to do is make sure all your equipment is hooked up and functional. During this section, many unexpected errors may occur. The most common of which are deferred to the troubleshooting section of this manual.

1) Well to start this off I'm going to tell you some thing and I hope you pay attention. When you are testing, even if its just wiping PPVs, NEVER have the phone line plugged into your IRD. We don't want the IRD to call back home do we?

2) Verify you are getting channel 100 with your HU card. You need a good card, a dead one wouldn't do you any good would it?

3) Plug the DB9 cable and power cables into your loader, plug the other end of the DB9 cable in the COM 1 port of your PC. Open up ExtremHU and take a look at its features and options. Look at the bottom indicator bar where it says "Device:", it should say "Detected". If it says its not detected, you need to stop and figure out why. Check to see if its got power, the DB9 cable in plugged in, and plug into the right com port, and that that the Atmel is flashed.

4) Insert your access card into your loader and. Click "Check ATR and Card Info". This will send a reset instruction to your card and you should get an ATR. This is a critical point, as it will tell you whether your loader is good to go or not. If not, go back and troubleshoot your connections, make sure its getting power, etc.

Caution!!! - You are now performing card read-write operations. Careless actions may result in permanent damage to cards. It is imperative that you never remove a card when an unlooper is using it. This is especially important when using later versions of Extreme that can keep the bootstrap continuously active so don't forget about it. Check the activity light on your unlooper before insertion or removal. You have been warned.

5) Now the loader is verified to work, lets click Card->Read Card. This

is a CRITICAL part of your testing because this is the first read you will do on your virgin card, and you will want to save this bin for later use. And I guarantee you WILL need it again, so save it several times with a clear filename on your hard drive and back it up on a diskette or on another computer some place. The glitching procedure doesn't happen instantly, so be patient. If, on your first time, you do not get a read after 15 minutes you have a problem, but generally most card operations will take between a few seconds and five minutes depending on the design of your unlooper. While ExtremeHU is attempting the read, check the lights on your unlooper to make sure the red activity light is on. Once you have a confirmed card read, you wont need to pay as close attention to it from that point on.

6) Now that you have saved and backed up your virgin bin file, you are ready to load an activation file or a 3m, depending on what is available in the testing community at that particular time. Once you find a HU 3m or activation file, open it up, read the readme for additional info, and see what file type it is. Its either a BIN file, an xvb script, or a hex file.

Congratulations, you have learned the general procedure for programming test cards. Take some time to browse through ExtremeHU's features and notice all the options it has. You can set your time zone, and you can set locals byte information that will enable you to receive your locals. You can also wipe pay-per-view debts from subscribed cards, clear that password you forgot, or unmarry the card so it will work in another IRD. If you have a buddy who is a legitimate subscriber, you can safely read his/her card and apply the information to your card. If you want to be a weasel, tell your neighbor you just bought a used dish at a pawn shop but you don't have a card and all you need to do is use their card for 2 minutes to see if the receiver you bought works. Also, when you apply activation or 3M files to a subbed card's image, it will last a lot longer against Dave's ECMs. Always make backups of the original BIN in case something fails. CAUTION: do NOT send a subbed customers BIN file to anyone on the internet you don't absolutely trust, unless you want to disconnect this person's service. As soon as Dave gets a hold of the file he will send an ECM that will end that person's service and could potentially trigger an investigation directed at the subbed person. And we don't want that do we?

Note: The "set to virgin" option in ExtremeHU does not wipe the card to virgin status as defined in this document, but sets the card so that it will work in any IRD you put it into (but only the first one). DirecTV made CAMs marry their IRD so that you can't share your programming with Joe Blow neighbor just by plugging your card into his IRD. Now you can.

Once you are up and running for a while, it won't be long before you will be hit by your first ECM. When this happens, be patient. The first few times you should load your card back to virgin status, and make sure you still can get preview channels. Browse the freeware areas, but don't be surprised if your TV's down for a day or two. You will experience periods, especially on weekends, when ECM's are heavy and Dave is busy. Other times, freeware hacks will run for a week or

The Pirates Den Discussion Forum – 101 Where to start?                    Page 11 of 14

Case 1:04-cv-10129-REK     Document 5-4     Filed 05/20/2004     Page 40 of 43

longer. Also, don't just download fixes. Check the news area of your site (like this one) for valuable information about breaking news, what the experts are saying, etc. Don't expect everyone to support you, you will need to try and fix problems yourself. Also, try to donate to a good freeware site. Even if its just a few bucks it will help them pay for their enormous bandwidth costs, since tons of people download their files.

Troubleshooting Area
You might ask, "Hey, I followed your instructions to the 'T' but I still can't seem to get it working." So here we will attempt to cover the most common testing problems for you.

I can't find the programming software you asked for. Keep looking, search yahoo for "winexplorer" and "ExtremeHU" or browse freeware testing sites until you find it. If you're looking for the flash files to program your Atmel, it may be more difficult to find. I recommend going to testing chat areas and forums and asking for help finding the file.

ExtremeHU says the device is not detected even though I have the loader all set up. Check to see if other programming applications are running. If two applications are loaded simultaneously, such as Winexplorer and ExtremeHU, only one can use the com port, so make sure all com port applications are closed. Check power and data connections and make sure your cable is plugged into the com 1 jack, or change the port settings for extreme by clicking File->Settings->Com port and switch it to com 2 if you like. Also, make sure the bios does not have a com port disabled or a baud limit. You also may need to flash your loader. This process programs the microcontroller onboard your unlooper so it knows how to process the commands that unlooping software such as ExtremeHU send it. This is freeware that usually needs to be run in PURE DOS, not a DOS prompt box. Nowadays, the only way to get to pure dos is by booting to a boot floppy, which many testing sites now provide as a courtesy. Then just run the flash software and let it configure your unlooper. The flash program is pretty standard and should be found easily from a freeware site. Be advised that some scripts that are designed to unloop BROKEN HU cards might require a different flash for your loader. Keep the boot floppy handy if you need to reflash again. One more thing, this is also called "reflashing your Atmel" since Atmel is the company who manufactures the microcontroller used on all loaders.

I downloaded some software and when I tried to run it, it threw a windows "16-bit subsystem" unhandled exception (i.e. an error). You were trying to run certain COM port software under windows NT, 2000, or XP. These OS's only permit COM port access through the communications API, which your software didn't use. In other words, you need to boot from another computer or a boot floppy and run under pure DOS mode. Your program will execute, but if it still doesn't do what you want it to, change the COM port settings in your BIOS.

When I click "check card info" in ExtremeHU I get "Invalid ATR returned". Make sure the card is inserted securely and that Extreme says "device: detected" in the lower indicator bar of the window. Put the card into an IRD and see if you can get preview channels. If it says

The Pirates DCH Discussion Forum - 101 Where to start?                Page 12 of 14

Case 1:04-cv-10129-REK    Document 5-4    Filed 05/20/2004    Page 41 of 43

anything other than IVAC, the card should be ok and the problem is with your loader. If you get a partial ATR and the card does not work in an IRD you have a looped card. For this, you need to download HU unlooping software to try and get your card back up.

ExtremeHU gets an ATR, but it never loads the bootstrap for a read or write operation. Are you waiting long enough? Have you gotten it to work before? This may be because you aren't being patient, or because you have the wrong power supply. Try just letting it run for up to an hour. If the progress light is on and it appears to be trying to load your card but can't, I recommend getting a different power supply. I use a 7.5V, 300 mA supply on a SkyLabbs VooDoo T7 loader flashed it either UL4S or HUFF and I get the bootstrap loaded usually in under a minute. Keep in mind, glitching is not an exact science...the whole point is to dramatically and randomly disturb the card's clock input and innards. Sometimes a glitch will load instantly, sometimes it will take 5 minutes. If it takes a long time, I stop the glitch process and start over again. This may or may not help; it might just be psychological. You can also change the DAC timing inside ExtremeHU's settings, if this just makes matters worse, click on File->Settings then "defaults" to restore the original settings. Once you have your system working, don't mess with it, and remember how it was set up in case you have a future problem.

I successfully loaded a 3m or activation file but I still can't watch TV! A few things can cause this. The most probable cause is that there is already an ECM targeting that specific hack. If this is the case, it may show video for a brief period then quit, or it may not show at all. What you should do is look at the message your IRD is giving you. If it says "to start service please call customer service ext..." that is most likely an ECM that just deactivated your card. Same goes with "this access card has expired" or sometimes you'll even get an IVAC. If this hack is ECM'd you just need to wait and find another hack. Be sure to clean your card with ExtremeHU's Card->clean card option. Another problem can be that your card needs to take down an update from the stream. This is indicated by a part of the card known as the update status word, or USW. This is a number indicating the number of revisions DirecTV has sent all of its access cards. Most the time, you will need to simply load your virgin card's image and then leave it in your receiver for 15 minutes. This will let it take the update, then re-apply the hack and it may work. A third problem can be that you need to unmarry the card from the IRD, and a fourth thing to try is to reboot your IRD.

I have some channels, but others say "press INFO for ordering information" or "for ordering information please call customer service, ext xxx". This means you most likely have an activation script and those channels are not activated. It would be like if you bought their basic service, you could only watch some channels but not all of them. Others are pay per view and if your equipment lets you order them then go for it. If you do further reading into tier activation, you can change the tier data using Extreme or other BIN editing software and try to activate those channels yourself. Writing your own activations and 3M's is an advanced topic and won't be discussed here. The information is out there though.

I loaded a rogue script and I'm only getting a partial ATR, I think I looped my card! OK, we can get through this. Just relax, and connect to a good freeware site and look for HU unlooping software. The best software out there at the time of this writing is called UL4S, but there are bound to be new versions that will come out. For HU unlooping, you will need to reflash your unlooper, again, done from a DOS boot disk. This is totally safe, you will not damage your unlooper provided you follow all directions. Then just run the program until you get a result. There are different symptoms of a looped card, usually marked by an ATR of 00, or 4B, etc., so you will need to diligently try all software out there. Nothing is hopeless, so if you don't have any luck just put the card away and wait for other software to be released. You may have better luck later. Also, try posting your problem in testing forums for other people to see. Someone there may have had the same problem and found a way to fix it. Be sure to take a minute to help someone else out with testing problems if you can.

I have a thousand channels and there's NOT A DAMN THING on!!! Well, I can't do much to help you on that one, just be glad you didn't pay for it! There are a lot of reruns, especially on some of the specialty networks. I like listening to their digital music channels while studying or hanging around the house. One thing you may want to do is become familiar with all the features of your IRD, like try to make your own custom favorite channel lists. If there are children in your house I would strongly recommend setting the ratings limit to AT LEAST block the porno out. Ratings limits may be set inside your IRD or you might have to load the card in ExtremeHU and set it there, along with the unlock password.

One method of fixing a variety of problems is simply rebooting your receiver. This is specific for each IRD out there, like holding down power+chan_up+chan_dn for 5 seconds, but another way to reboot all receivers is by just unplugging them for 10 seconds. This causes the CPU inside the IRD to reset and really works to correct certain IRD-CAM type problems (but this method will NOT block an ECM, of course).

Another thing to remember is that turning your receiver off does not prevent your card from being in the stream. It doesn't really turn anything off except the video. The safest thing to do is keep your card out of your IRD when its not in use.

Finally, enjoy the fruit of your labor. Once you are somewhat familiar with testing, take the time to help others and never stop learning.

Quick Guide to Dish Installation

First decide what side of your house to install the dish. In North America , this will almost certainly be the south side.

Now you need to secure the vertical pole that will hold the dish. This can be on masonry, wood, or freestanding. Ask Bob Vila how to do this properly, but the most important factor is that the pole be vertical and secure. In the states there are professionals that will install one for you for $100 or less, but its really pretty easy. If you live in an

apartment or high rise you can hold a pole together with cinder blocks, again just as long as its sturdy and vertical.

Next, connect the dish and the coax to the receiver. In the receiver, explore the menu to find the "dish pointing" menu and then find the "signal meter". Make sure your volume is turned on so you can hear the really annoying progress indicator tone or beep. The best technique is to not lay the coax under the house until you point the dish, i.e. drag a TV outside with you and hook it up on the spot. Its pretty easy as long as the coax is wired properly. In my system, there are two coax wires, the one with a grounding wire goes to the dish, the isolated one goes to my receiver, and they are connected via a lightning arrestor. This system WILL NOT work unless all wires are connected in the right order, so be sure to use all your hardware or order the correct hardware from Radio Shack. (If all else fails, call Dave and bug them on how to install your dish). Make sure you ground your wire to the dish and just move the dish slowly across the horizon until you get a constant beep. From there adjust it until you get the maximum number on your receiver. You might not get 100 percent, but try to get a minimum of 70. Also, try changing to different transponders to get the maximum number. Be sure you get channel 100, "watch pay per view previews" and not some other satellite because there are a few out there. After you get the signal locked, screw the dish down tightly to prevent it from drifting, when the wind blows. Then wire the coax to the room of your choice and you're good to go.

IP: Logged

---

January 27th, 2003 05:29 AM               

**sntcpp**
Land Lubber



Many thanks for the info, would the T911be good enough to start?

Registered: Jan 2003
Posts: 2