IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

_____

**ECHOSTAR TECHNOLOGIES
CORPORATION**

              Plaintiff,                    **STATEMENT OF COSTS FOR ENTRY
OF DEFAULT JUDGMENT**

    - against -                    **Civil No.**  CV-04-10129 REK

ALBERTO DAVID,

              Defendants.
_____


**Principal Amount** ........................................................................................................ $ 110,000.00

**Interest** at the Rate of 9% from **November 27, 2002** through
**April 6, 2004**.................................................................................................... $         13,451.52

**Costs:**
     Filing Fees .................................................................................................. $            150.00

       Process Server............................................................................................. $              90.00


**TOTAL FOR ALBERTO DAVID...........................................**            **$ 123,691.52**

                                                          LONSTEIN LAW OFFICE, P.C.

                                                          By: /s/ Wayne D. Lonstein
                                                          Wayne D. Lonstein, Esq.
                                                          Lonstein Law Office, P.C.
                                                          Attorneys for Plaintiff
                                                           1 Terrace Hill; PO Box 351
                                                          Ellenville, NY 12428
                                                          Telephone:  845-647-8500
                                                          Facsimile:   845-647-6277