**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

_____

**ECHOSTAR TECHNOLOGIES**
**CORPORATION**

|  |  |  |
|---|---|---|
| Plaintiff, | | **DEFAULT JUDGMENT** |
| - against - | | **Civil No.** CV-04-10129 REK |
| ALBERTO DAVID, | | |
| Defendants. | | |

_____

HONORABLE ROBERT E. KEETON, UNITED STATES DISTRICT JUDGE

Defendant, **ALBERTO DAVID** having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $110,000.00, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of **$240.00.**

It is hereby **ORDERED, ADJUDGED AND DECREED** that plaintiff recover from defendant, **ALBERTO DAVID** the principal amount of $110,000.00, with costs in the amount of **$240.00** and prejudgment interest at the rate of 9% from November 27, 2002  to April 6, 2004 in the amount of **$13,451.52** for a total of **$123,691.52** with interest as provided by law.

By the Court,

Dated: _____, 2004        _____

Deputy Clerk