**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

_____

**ECHOSTAR TECHNOLOGIES**
**CORPORATION**

|  |  |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| - against - | **Civil No.** CV-04-10129 REK |
| ALBERTO DAVID, | |
| Defendants. | |

_____

The undersigned certifies that on the **20th day of May, 2004**, your deponent served the following documents by United States Postal Service, Certified Mail, Return Receipt Requested:

Statement of Costs for Entry of Default Judgment, Motion and Affidavit in Support of Default Judgment, Proposed Default Judgment, and Certificate of Service,  on the following:

Alberto David
11 Tilton Terrace
Apt. 1F
Lynn, MA 01902

**Certified No.   7003 1010 0003 1810 8184**

/s/ Wayne D. Lonstein
        Wayne D.   Lonstein, Esq.