UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Echostar Technologies Corporation,** | **CIVIL ACTION** |
| Plaintiff | **No. 04-10129-REK** |
| V. | |
| **Alberto David,** | |
| Defendant | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Echostar Technologies Corporation, for an order of default for failure of the defendant Alberto David to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 16th day of June 2004.

TONY ANASTAS, CLERK

By:  /S/ Craig J. Nicewicz
    _____
    **Deputy Clerk**

**Notice mailed to:** all counsel
Alberto David
11 Tilton Terrace, Apt. 1F
Lynn, MA 01902