

**Lonstein Law Office, P.C.**

Attorneys and Counselors at Law

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

\* Wayne D. Lonstein
Julie Cohen Lonstein

Stephen M. Tannenbaum

Kelly Ann Ruane, Of Counsel

Albert I. Lonstein (1930 - 1993)
Benjamin Lonstein (1909 - 2000)

\* Also admitted in NJ, PA & MA

January 27, 2005

Hon. Robert E. Keeton
Sr. Judge, U.S. District Ct.
1 Courthouse Way
Boston, MA 02210

RE:   Echostar Technologies Corporation v. Alberto David
      Our File No. ECT-4MA-01
      Civil Action No. 1:04-CV-10129
      **Hearing on damages: February 24, 2005 @ 2:30 p.m.**

Dear Judge Keeton:

This letter will acknowledge receipt of your January 26, 2005 Memorandum and Order in the aboave entitled matter.

Please be advised that the Plaintiff is willing to accept the Court's award for damages outlined in your Memorandum and Order, and the federal judgment rate from the date of judgment pursuant to 28 U.S.C. § 1961(a), and we would waive attorney fees with regard to this matter.

Please advise if the hearing on damages scheduled for February 24, 2005 at 2:30 p.m. would be vacated if the above is agreeable to Your Honor.

Thanking you for your courtesy, I am,

Respectfully yours,

LONSTEIN LAW OFFICE, P.C.

By: Wayne D. Lonstein
WDL/ad